IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS FLAGG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHEYNEY UNIVERSITY OF | : | |
| PENNSYLVANIA et al. | : | NO. 21-3551 |

### ORDER

AND NOW this 10th day of May, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motions of defendants Cheyney University of Pennsylvania (Doc. # 21), Security, Police, Fire Professionals of America (Doc. # 32), and Frank Kelly (Doc. # 35) to dismiss the complaint of plaintiff Thomas Flagg are GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.